# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| THOMAS GADDIS, | ) |
| Petitioner, | ) |
| v. | ) Case No. 1:21-cv-00532-AKK-SGC |
| THE ATTORNEY GENERAL OF THE STATE OF ALABAMA, *et al.*, | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

The magistrate judge entered a report on May 12, 2021, recommending this petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Thomas Gaddis be dismissed for failing to assert any claims cognizable, or seek any relief available, in a federal habeas corpus action and/or for failing to exhaust state court remedies. (Doc. 5 at 9). Additionally, the magistrate judge recommended a certificate of appealability be denied. (Doc. 5 at 9-10). While advised of his right to file specific written objections to the report and recommendation within fourteen (14) calendar days (Doc. 5 at 10), Gaddis has not submitted objections, or any other response, within the prescribed time.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** her recommendations. In accordance with the recommendations, the court finds Gaddis's federal habeas

petition is due to **DISMISSED**. Furthermore, because the petition does not present issues that are debatable among jurists of reason, a certificate of appealability is due to be **DENIED**. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000); Rule 11(a), *Rules Governing § 2254 Proceedings*.

A separate order will be entered.

**DONE** the 7th day of June, 2021.

                                                     _____
                                                     **ABDUL K. KALLON**
                                                     UNITED STATES DISTRICT JUDGE